United States District Court
for the District of New Jersey

| | |
|---|---|
| DANIELLE KANE, ON BEHALF OF DAVID KANE,<br><br>     Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>     Defendant. | Civil No.: 12-1899 (KSH)<br><br>**Order** |

The matter having come before the Court by plaintiff's attorney, James Langton, upon motion for an award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) [D.E. 20]; and notice having been given to all parties; in consideration of the papers submitted, for good cause shown, and for the reasons stated in the accompanying opinion,

  IT IS, on this 18 day of December, 2013,

  ORDERED that the motion for attorney's fees [D.E. 20] is granted, and it is further

  ORDERED that plaintiff's attorneys are awarded attorney's fees and costs, if plaintiff does not owe a debt subject to offset, pursuant to the Equal Access to Justice Act, in the amount of $7,650.75.

             /s/ Katharine S. Hayden
             Katharine S. Hayden, U.S.D.J.